JAMES C. ECKERT, Respondent, *v.* RICHARD G. PAGE, JR., et al., as Executors of THOMAS T. ECKERT, Deceased, et al., Appellants, Impleaded with Others.

Reported below, 161 App. Div. 154.
(Argued April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judi-

cial department, entered March 9, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to set aside the probate of the will of Thomas T. Eckert, deceased.

The motion was made upon the ground that the Appellate Division had unanimously determined that the verdict was supported by the evidence; that the exceptions were frivolous and raised no question of law that could be reviewed by the Court of Appeals.

*Arthur C. Palmer* for motion.

*De Lancey Nicoll* opposed.

Motion denied, with ten dollars costs.